**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34161-RKM |
| | § | |
| CHRISTOPHER PATRICO NEVAREZ | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/08/2012. The undersigned trustee was appointed on 11/08/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $3,098.34

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $4.08 |
    | Bank service fees | $33.42 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $433.77 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $2,627.07 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 07/30/2013 and the deadline for filing government claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $666.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $666.14, for a total compensation of $666.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $10.50, for total expenses of $10.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/10/2013             By:   /s/ David L. Miller
                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |  | |
|---|---|---|---|
| **Case No.:** | 12-34161-RKM | **Trustee Name:** | David L. Miller |
| **Case Name:** | NEVAREZ, CHRISTOPHER PATRICO | **Date Filed (f) or Converted (c):** | 11/08/2012 (f) |
| **For the Period Ending:** | 12/10/2013 | **§341(a) Meeting Date:** | 12/19/2012 |
| | | **Claims Bar Date:** | 07/30/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Key bank checking account | $0.00 | $0.00 | | $0.00 | FA |
| 2 dvd player | $15.00 | $0.00 | | $0.00 | FA |
| 3 television | $20.00 | $0.00 | | $0.00 | FA |
| 4 movies and music | $15.00 | $0.00 | | $0.00 | FA |
| 5 1995 Ford Explorer. | $3,000.00 | $0.00 | | $0.00 | FA |
| 6 2012 Pro rata Federal Tax Refund (u) | $0.00 | $2,664.57 | | $2,664.57 | FA |

**TOTALS (Excluding unknown value)**      $3,050.00      $2,664.57      $2,664.57      **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
TFR; TDR.

**Initial Projected Date Of Final Report (TFR):** 12/29/2014    **Current Projected Date Of Final Report (TFR):** 01/31/2014    /s/ DAVID L. MILLER

     DAVID L. MILLER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34161-RKM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | NEVAREZ, CHRISTOPHER PATRICO | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7761 | Checking Acct #: | ******4161 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/8/2012 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/10/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2013 | | Nevarez - US Treasury | 2012 Federal tax refund | * | $3,098.34 | | $3,098.34 |
| | {6} | | pro rata tax refunds    $2,664.57 | 1224-000 | | | $3,098.34 |
| | | | exempt tax refunds    $433.77 | 8100-002 | | | $3,098.34 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.70 | $3,094.64 |
| 05/07/2013 | 201 | Christopher Patrico Nevarez | Exempt Tax Refunds | 8100-002 | | $433.77 | $2,660.87 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.56 | $2,656.31 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.14 | $2,652.17 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.27 | $2,647.90 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.27 | $2,643.63 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.12 | $2,639.51 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.25 | $2,635.26 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.11 | $2,631.15 |
| 12/10/2013 | 202 | International Sureties, Ltd. | Blanket Bond #016027974 | 2300-000 | | $4.08 | $2,627.07 |

|  |  | TOTALS: | $3,098.34 | $471.27 | $2,627.07 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $3,098.34 | $471.27 | |
|  |  | Less: Payments to debtors | $0.00 | $433.77 | |
|  |  | Net | $3,098.34 | $37.50 | |

| For the period of 11/8/2012 to 12/10/2013 | | For the entire history of the account between 04/05/2013 to 12/10/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,664.57 | Total Compensable Receipts: | $2,664.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,664.57 | Total Comp/Non Comp Receipts: | $2,664.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $37.50 | Total Compensable Disbursements: | $37.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.50 | Total Comp/Non Comp Disbursements: | $37.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34161-RKM | | Trustee Name: | David L. Miller |
|---|---|---|---|---|
| Case Name: | NEVAREZ, CHRISTOPHER PATRICO | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7761 | | Checking Acct #: | ******4161 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/8/2012 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 12/10/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,098.34 | $471.27 | $2,627.07 |

**For the period of 11/8/2012 to 12/10/2013**

| Total Compensable Receipts: | $2,664.57 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,664.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/08/2012 to 12/10/2013**

| Total Compensable Receipts: | $2,664.57 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,664.57 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID L. MILLER

DAVID L. MILLER

Case 12-34161 Doc 15 Filed 12/17/13 Entered 12/17/13 09:11:12 Desc Page 6 of 11

CLAIM ANALYSIS REPORT

Page No: 1 Exhibit C

| Case No. | 12-34161-RKM | Trustee Name: | David L. Miller |
|---|---|---|---|
| Case Name: | NEVAREZ, CHRISTOPHER PATRICO | Date: | 12/10/2013 |
| Claims Bar Date: | 07/30/2013 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID L. MILLER<br>PO Box 9<br>Farmington UT 84025-0009 | 12/10/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $10.50 | $10.50 | $0.00 | $0.00 | $0.00 | $10.50 |
| | DAVID L. MILLER<br>PO Box 9<br>Farmington UT 84025-0009 | 12/10/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $666.14 | $666.14 | $0.00 | $0.00 | $0.00 | $666.14 |
| bond | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans LA 70139 | 12/10/2013 | Bond Payments | Allowed | 2300-000 | $0.00 | $4.08 | $4.08 | $4.08 | $0.00 | $0.00 | $0.00 |
| exmpt | CHRISTOPHER PATRICO NEVAREZ | 05/07/2013 | Exemptions | Allowed | 8100-002 | $0.00 | $433.77 | $433.77 | $433.77 | $0.00 | $0.00 | $0.00 |
| 1 | CASCADE COLLECTIONS LLC<br>PO Box 723<br>Provo UT 84603-0723 | 05/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,811.00 | $2,164.42 | $2,164.42 | $0.00 | $0.00 | $0.00 | $2,164.42 |

Claim Notes: (1-1) Car Loan Deficiency (as co-signer) - Titanium Funds/Lucky&#039;s Auto - Assignment

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | QUESTAR GAS COMPANY<br>Bankruptcy DNR 244<br>1140 W 200 S<br>PO BOX 3194<br>Salt Lake City UT 84110-3194 | 05/02/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $99.00 | $98.63 | $98.63 | $0.00 | $0.00 | $0.00 | $98.63 |
| 3 | EXPRESS RECOVERY SERVICES<br>PO Box 26415<br>SLC UT 84126 | 05/02/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $306.00 | $357.40 | $357.40 | $0.00 | $0.00 | $0.00 | $357.40 |
| 4 | USA CASH SERVICES<br>PO Box 150744<br>Ogden UT 84403 | 05/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $445.71 | $445.71 | $445.71 | $0.00 | $0.00 | $0.00 | $445.71 |

CLAIM ANALYSIS REPORT

| Case No. | 12-34161-RKM | | Trustee Name: | David L. Miller |
| Case Name: | NEVAREZ, CHRISTOPHER PATRICO | | Date: | 12/10/2013 |
| Claims Bar Date: | 07/30/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | CHECK CITY PO Box 970183 Orem UT 87097 | 05/10/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $752.29 | $732.29 | $732.29 | $0.00 | $0.00 | $0.00 | $732.29 |
| 6 | ROY FIN 2465 North Main Street #4 Sunset UT 84015 | 05/16/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $145.00 | $144.90 | $144.90 | $0.00 | $0.00 | $0.00 | $144.90 |
| 7 | MOUNTAINLAND COLLECTIONS Quinn M Kofford PO Box 1425 American Fork UT 84003 | 05/24/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $972.00 | $1,884.50 | $1,884.50 | $0.00 | $0.00 | $0.00 | $1,884.50 |
| 8 | MONEY 4 YOU/MR MONEY 498 N 900 W #230 Kaysville UT 84037 | 06/03/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $531.43 | $621.43 | $621.43 | $0.00 | $0.00 | $0.00 | $621.43 |
| 9 | INTERMOUNTAIN HEALTH CARE, INC. P.O. Box 27808 Salt Lake City UT 84127-0808 | 07/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $512.00 | $3,229.90 | $3,229.90 | $0.00 | $0.00 | $0.00 | $3,229.90 |
| 10 | UNITED CONSUMER FINANCIAL SERVICES Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson AZ 85712 | 07/23/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,900.00 | $2,105.10 | $2,105.10 | $0.00 | $0.00 | $0.00 | $2,105.10 |
| | | | | | | $12,898.77 | $12,898.77 | $437.85 | $0.00 | $0.00 | $0.00 | $12,460.92 |

# CLAIM ANALYSIS REPORT

| | | | |
|---|---|---|---|
| **Case No.** | 12-34161-RKM | **Trustee Name:** | David L. Miller |
| **Case Name:** | NEVAREZ, CHRISTOPHER PATRICO | **Date:** | 12/10/2013 |
| **Claims Bar Date:** | 07/30/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Bond Payments | $4.08 | $4.08 | $4.08 | $0.00 | $0.00 | $0.00 |
| Exemptions | $433.77 | $433.77 | $433.77 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $11,784.28 | $11,784.28 | $0.00 | $0.00 | $0.00 | $11,784.28 |
| Trustee Compensation | $666.14 | $666.14 | $0.00 | $0.00 | $0.00 | $666.14 |
| Trustee Expenses | $10.50 | $10.50 | $0.00 | $0.00 | $0.00 | $10.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 12-34161-RKM
Case Name: CHRISTOPHER PATRICO NEVAREZ
Trustee Name: David L. Miller

Balance on hand: $2,627.07

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,627.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| David L. Miller, Trustee Fees | $666.14 | $0.00 | $666.14 |
| David L. Miller, Trustee Expenses | $10.50 | $0.00 | $10.50 |

Total to be paid for chapter 7 administrative expenses: $676.64
Remaining balance: $1,950.43

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,950.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $1,950.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $11,784.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cascade Collections LLC | $2,164.42 | $0.00 | $358.25 |
| 2 | Questar Gas Company | $98.63 | $0.00 | $16.32 |
| 3 | Express Recovery Services | $357.40 | $0.00 | $59.15 |
| 4 | Usa Cash Services | $445.71 | $0.00 | $73.77 |
| 5 | Check City | $732.29 | $0.00 | $121.20 |
| 6 | Roy Fin | $144.90 | $0.00 | $23.98 |
| 7 | Mountainland Collections | $1,884.50 | $0.00 | $311.91 |
| 8 | Money 4 You/Mr Money | $621.43 | $0.00 | $102.85 |
| 9 | Intermountain Health Care, Inc. | $3,229.90 | $0.00 | $534.58 |
| 10 | United Consumer Financial Services | $2,105.10 | $0.00 | $348.42 |

Total to be paid to timely general unsecured claims: $1,950.43
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST Form 101-7-TFR (5/1/2011)

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |